**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Nahun Huberto ALMENDAREZ-VILLAFRANCA, also known as Nahun Almendarez, also known as Nahun Huberto Almendarez Villafranca, Defendant-Appellant**

**No. 16-20612**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed July 17, 2017

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

District of Texas, Houston, TX, for Plaintiff-Appellee

Nahun Huberto Almendarez-Villafranca, Pro Se

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Nahun Huberto Almendarez-Villafranca has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Almendarez-Villafranca has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

